Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Telephone: 323.306.4234
Facsimile: 866.633.0228
Email: tfriedman@toddflaw.com
Email: abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBEKAH KEARN,**<br><br>Plaintiff,<br><br>vs.<br><br>**SYNCHRONY BANK,** Does 1-10<br><br>inclusive,<br><br>Defendant. | Case No.:  1:20-cv-00815-NONE-JLT<br><br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through her attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending dates and allow sixty (60) days for the parties to file dispositive documentation. Plaintiff respectfully requests that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this January 12, 2021

    Respectfully submitted,

        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

        By: s/Adrian R. Bacon
           Adrian Bacon, Esq.
           Attorney for Plaintiff

Filed electronically on this 31st Day of January, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable judge of the

United States District Court of California

And all counsel registered on ECF.

                                    This 12th day of January, 2021

                                    By: s/Adrian R. Bacon
                                            Adrian Bacon, Esq.
                                            Attorney for Plaintiff