# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH KEARN,<br><br>             Plaintiff,<br><br>     v.<br><br>SYNCHRONY BANK,<br><br>             Defendant. | Case No.: 1:20-cv-00815 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 12) |

The plaintiff has notified the Court that the case has settled. (Doc. 12) She reports she will seek dismissal of the action within 60 days. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 12, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **January 12, 2021**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE