**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBEKAH KEARN, <br><br>   Plaintiff, <br><br> v. <br><br> SYNCHRONY BANK, Does 1-10 inclusive, <br><br>   Defendant. | Case No. 1:20-cv-00815-NONE-JLT <br><br> **ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS ACTION AND TO CLOSE THE CASE** <br> **(Doc. 14)** |

The parties have filed a stipulation to dismissal the action with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each side to bear their own fees and costs.  (Doc. 14) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **March 5, 2021**            /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE